THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MARCOS RODRIGUEZ SANTOS A/K/A
MARCOS COELHO A/K/A
MARCOS RODRIGUEZ COELHO A/K/A
ROGERIO OLIVEIRA A/K/A
MARCOS SANTOS

CRIMINAL ACTION 05-10079-RCL

Count One: 8 U.S.C.
§1326(a) and (b)(2)

Illegal Re-entry by
Deported Alien

## INDICTMENT

**COUNT ONE**: 8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about January 25, 2005, at Boston, in the District of Massachusetts,

MARCOS RODRIGUEZ SANTOS A/K/A
MARCOS COELHO A/K/A
MARCOS RODRIGUEZ COELHO A/K/A
ROGERIO OLIVEIRA A/K/A
MARCOS SANTOS

the defendant herein, being an alien and having been excluded, deported and removed from the United States, and whose removal was subsequent to a conviction for commission of an aggravated felony, to wit, the Rape of a Child, in violation of M.G.L. §265, ch. 23, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for

admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a)(1) and (b)(2) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
NADINE PELLEGRINI
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS @ 2:36 PM    March 23, 2005

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

Place of Offense: _____   Category No. __II__   Investigating Agency __ICE__

City __Boston__

County __Suffolk__

Related Case Information:
- Superseding Ind./Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __MARCOS RODRIGUEZ SANTOS__   Juvenile: [ ] Yes [x] No

Alias Name __Marcos SANTOS, Marcos Coelho__

Address __In custody__

Birth date (Year only): __1972__   SSN (last 4 #): ____   Sex __M__   Race: __H__   Nationality: __Brazilian__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nadine Pellegrini__   Bar Number if applicable _____

Interpreter: [x] Yes [ ] No   List language and/or dialect: __Portuguese__

Matter to be SEALED: [ ] Yes [x] No

[x] Warrant Requested   [ ] Regular Process   [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:** [ ] Complaint   [ ] Information   [x] Indictment

**Total # of Counts:** [ ] Petty   [ ] Misdemeanor   [x] Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05   Signature of AUSA: _/s/ Nadine Pellegrini_

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    MARCOS RODRIGUEZ SANTOS

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 USC 1326(a) | Illegal re-entry by deported alien | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: