# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MARCOS RODRIGUEZ SANTOS aka MARCOS COELHO aka MARCOS RODRIGUEZ COELHO aka ROGERIO OLIVEIRA aka MARCOS SANTOS

**WARRANT FOR ARREST**

CASE NUMBER: 05-10079-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MARCOS RODRIGUEZ SANTOS aka MARCOS COELHO aka MARCOS RODRIGUEZ COELHO aka ROGERIO OLIVEIRA aka MARCOS SANTOS

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Illegal Re-entry by Deported Alien

in violation of Title __8__ United States Code, Section(s) __1326(a) and (b)(2)__

Sheila Dukes
Name of Issuing Officer

Operations Supervisor
Title of Issuing Officer

/s/ Sheila Dukes
Signature of Issuing Officer

3-23-05  Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

RECEIVED SERVICE
2005 MAR 24  A 8:36
U.S. MARSHAL
BOSTON, MA

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

WARRANT EXECUTED BY
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 3/25/05

This form was electronically produced by Elite Federal Forms, Inc.