UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 05-10079-RCL |
| ) | |
| MARCOS RODRIGUEZ SANTOS ) | |

**JOINT MOTION TO EXCLUDE TIME FROM 5/10/05 UNTIL 5/24/05**

The United States of America, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, and Nadine Pellegrini, Assistant U.S. Attorney, and John Palmer, counsel for the Defendant, hereby move this court to exclude the following period of time:

(1) The parties appeared on May 10, 2005 before the court for an initial status conference. The government requested an enlargement of time within which to provide discovery.  The court agreed to a continuance until 5/20/05 to provide the discovery and set an interim status conference for 5/24/05.

The parties agreed that the time between 5/10/05 until 5/24/05 would be excluded pursuant to 18 U.S.C. §3161(h)(1)(F) and 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

For the Defendant:                MICHAEL J. SULLIVAN
MARCOS SANTOS                     United States Attorney


/s/John Palmer              By:   /s/Nadine Pellegrini
JOHN PALMER, ESQ.                 NADINE PELLEGRINI
24 School Street                  Assistant U.S. Attorney
Boston, MA 02108