UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>MARCOS RODRIGUEZ SANTOS  ) | Criminal No. 05-10079-RCL |

**JOINT MOTION TO EXCLUDE TIME FROM 5/24/05 UNTIL 6/23/05**

The United States of America, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, and Nadine Pellegrini, Assistant U.S. Attorney, and John Palmer, counsel for the Defendant, hereby move this court to exclude the following period of time:

(1) The parties appeared on May 24, 2005 before the court for an interim status conference. The government reported that it had provided discovery to the Defendant.

The parties agreed that the time between 5/24/05 until 6/23/05, the date of the final status conference, would be excluded pursuant to 18 U.S.C. §3161(h)(1)(F) and 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

| For the Defendant:<br>MARCOS SANTOS | MICHAEL J. SULLIVAN<br>United States Attorney |
|---|---|
| /s/John Palmer<br>JOHN PALMER, ESQ.<br>24 School Street<br>Boston, MA 02108 | By: /s/Nadine Pellegrini<br>NADINE PELLEGRINI<br>Assistant U.S. Attorney |