UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-10079-RCL |
| | ) |
| MARCOS RODRIGUEZ SANTOS | ) |

**JOINT MOTION TO EXCLUDE TIME FROM 3/24/05 UNTIL 4/26/05 AND TO TRANSFER CASE TO DISTRICT COURT**

The United States of America, by and through its attorneys, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, and Nadine Pellegrini, Assistant U.S. Attorney, and John Palmer, counsel for the Defendant, hereby move this court to exclude the following period of time:

(1) The parties appeared before the court for the initial appearance on this matter on 3/25/05. The government moved for detention and the matter was continued and resolved on 3/29/05. This period is excludable pursuant to 18 U.S.C. §3161(h)(1)(F).

(2) Automatic discovery was requested and, pursuant to the time limits imposed by the Local Rules, twenty-eight days for discovery is excludable. The parties request that the time from 3/29/05 until 4/26/05 be excluded.

(3) The parties have prepared and filed a Final Status Conference report with the court. The parties request that this matter be transferred to the District Court for disposition.

                                          Respectfully submitted,

| For the Defendant: | MICHAEL J. SULLIVAN |
|---|---|
| MARCOS SANTOS | United States Attorney |
| | |
| /s/John Palmer | By: /s/Nadine Pellegrini |
| JOHN PALMER, ESQ. | NADINE PELLEGRINI |
| 24 School Street | Assistant U.S. Attorney |
| Boston, MA 02108 | |

Dated: June 23, 2005