# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 05-10079-RCL

UNITED STATES OF AMERICA

v.

MARCOS RODRIGUEZ SANTOS
a/k/a Marcos Coelho
a/k/a Marcos Rodriguez Coelho
a/k/a Rogerio Oliveira
a/k/a Marcos Santos

## *FINAL STATUS REPORT*

June 23, 2005

**BOWLER, U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Indictment in the above-entitled case, which charges the defendant with illegal reentry of a deported alien, was returned on March 23, 2005;

    2. The defendant was arraigned on the Indictment on March 29, 2005;

    3. The defendant is in custody on the charges;

    4. At the time of arraignment, the attorney for the government estimated that the government would call approximately five witnesses and that the trial would last approximately two to three days;

    5. Counsel for the defendant has requested that a status conference be scheduled before the district judge;

    6. As of the date of this Final Status Report, the parties have agreed to exclude the time through June 23, 2005;

    7. This case is hereby returned to the district judge to whom this case is assigned.

    /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge