UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA  )
                          )
v.                        )   NO. 05-10079-RCL
                          )
MARCOS SANTOS             )
_____)

MOTION FOR RULE 11 HEARING

Now comes Defendant and moves this Honorable Court to schedule a hearing for a change of plea pursuant to Rule 11.

Defendant further requests that such hearing be scheduled expepeditiously, as he has remained in custody since January 18, 2005 (first, with the state, then with I.C.E., and finally with the U.S. Marshals) and he has a reasonable basis for requesting a sentence of "time served".

DEFENDANT
By his attorney

/s/John F. Palmer
John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980

Dated: July 5, 2005