UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10079-RCL |
| ) | |
| <u>MARCOS SANTOS</u>           ) | |

<u>NOTICE OF APPEAL</u>

    Notice is hereby given that the Defendant Marcos Santos hereby appeals to the United States Court of Appeals for the First Circuit from the judgment entered on November 28, 2005, and, in particular, from the sentence imposed.

                                                    DEFENDANT
                                                  By his attorney:

                                                  <u>/s/John F. Palmer</u>
                                                  John F. Palmer
                                                  Law Office of John F. Palmer
                                                  24 School Street
                                                  Boston, MA  02108
                                                  (617) 723-7010
                                                  BBO #:  387980

Dated: December 1, 2005