Honorable Reginald C. Lindsay  
U.S. District Courthouse  
One Courthouse Way  
Boston, Mass. 02210

Marcos Santos #25567-038  
U.S.P. Canaan  
P.O. Box 300  
Waymart, Pa. 18472

March 12, 2007

RE: 05CR 100079-0001RCL

Dear Judge Lindsay,

    I am writing you in regards to my situation in which I am not receiving credit toward my sentence which was inposed by yourself. Please take the time to review what I am telling you in order to correct this.

    The Judgement and Commitment order has the date January 25, 2005 as the date my sentence was to begin. The Bureau of Prisons is not beginning to credit my sentence until February 25, 2005. Can you please look at this and send something to the counselor or case manager here at the prison so this mistake will be corrected?

    Thank you very much for your time and assistance in this matter.

Sincerely,

Marcos Santos

